**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| CHARLIE J. ADAWAY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:10CV890 RWS |
| | ) | |
| JOHN DOE (CAMBELL), | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER**

This matter is before the Court for review of plaintiff's amended complaint under

28 U.S.C. § 1915(e). Plaintiff brings this case against defendants under 42 U.S.C.

§ 1983 in their individual and official capacities. Defendants are correctional officers at

the Eastern Reception Diagnostic and Correctional Center. Plaintiff alleges that

defendants maced him and assaulted him while he was confined in administrative

segregation. Plaintiff further alleges that he was not given medical attention after the

incident.

Naming a government official in his or her official capacity is the equivalent of

naming the government entity that employs the official, i.e., the State of Missouri. Will

v. Michigan Dep't of State Police, 491 U.S. 58, 71 (1989). "[N]either a State nor its

officials acting in their official capacity are 'persons' under § 1983." Id. As a result, the

complaint fails to state a claim upon which relief can be granted against defendants in

their official capacities, and these claims will be dismissed.

However, plaintiff's claims against defendants in their individual capacities survive review under 28 U.S.C. § 1915(e). As a result, the Court will order the Clerk to serve process or cause process to be served on the complaint.

Accordingly,

**IT IS HEREBY ORDERED** that the Clerk shall issue process or cause process to issue on the complaint.[1]

**IT IS FURTHER ORDERED** that plaintiff's claims against defendants in their official capacities are **dismissed**.

**IT IS FURTHER ORDERED** that, pursuant to 42 U.S.C. § 1997e(g)(2), defendants shall reply to plaintiff's claims within the time provided by the applicable provisions of Rule 12(a) of the Federal Rules of Civil Procedure.

**IT IS FURTHER ORDERED** that this case is assigned to Track 5B: Prisoner Standard.

Dated this 8th day of July, 2010.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

---

[1]Each defendant is alleged to be a correctional officer at the Eastern Reception Diagnostic and Correctional Center.