UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| CHARLIE J. ADAWAY, | ) |
| Plaintiff, | ) |
| vs. | ) Case No. 4:10CV890 RWS |
| JOHN DOE, et al., | ) |
| Defendants. | ) |

## MEMORANDUM AND ORDER

This matter is before me on a document received by the Court from plaintiff. This document is styled "Motion" but simply contains a list of defendants, their work address, and the names and addresses of two inmates who allegedly witnessed the events complained of in the complaint. This appears to the Court to be plaintiffs' compliance with the case management order and not a motion. Therefore, the Court will deny the motion as moot. The Court makes no comment upon the adequacy of plaintiff's disclosures. Plaintiff is reminded of his obligation to comply with the local and Federal Rules of Civil Procedure.

Accordingly,

**IT IS HEREBY ORDERED** that plaintiff's motion [#17] is denied as moot.

RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE

Dated this 5th day of October, 2010.